UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
)
v. ) Case 2:12cr139-1
)
DAVID FARBER )
)

## ORDER MODIFYING CONDITIONS OF RELEASE ON BOND

**IT IS ORDERED** that paragraph 6 (c) of the ORDER setting conditions for Defendant David M. Farber's Release on Bond, which addresses travel restrictions, is modified so that Defendant is permitted unrestricted travel within the continental United States without having to give prior notice and approval by Pretrial Services.

**IT IS FUTHER ORDERED THAT** all other conditions for Defendant's Release on Bond as set forth in the ORDER Setting Conditions of Release remain in effect.

Date: 12/13/13

Dennis M. Cavanaugh, U.S.D.J.