United States District Court
for the District of New Jersey

_____   :
                                                :
**UNITED STATES OF AMERICA**                    :
    Plaintiff                :   Criminal No. 12-139
                                                :
    vs.                      :
                                                :   Order of Reassignment
**DAVID FARBER**                                :
    Defendant                :
                                                :
_____:

It is on this 14th day of March, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Dennis Cavanaugh to Judge Faith Hochberg.


                      S/Jerome B. Simandle
                      Jerome B. Simandle, Chief Judge
                      United States District Court